IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01037-ZLW

JONATHAN LEE RICHES d/b/a BERNARD MADOFF a/k/a POLITICO.COM EDITOR,

       Plaintiff,

v.

CAPT. RICHARD PHILLIPS d/b/a MAERSK ALABAMA CAPTAIN a/k/a
    A.P. MOLLER MAERSK AS,
MAERSK LINE LTD.,
USS BAINBRIDGE,
CMDR. FRANK CASTELLANO,
VICE ADM. BILL GORTNEY,
U. S. NAVAL FORCES CENTRAL COMMAND,
ANDREA PHILLIPS,
MOMBASA KENYA INC.,
UNDERHILL VERMONT LTD., and
TITANIC,

       Defendants.

---

ORDER TO CURE DEFICIENCY

---

Weinshienk, Senior Judge

    Plaintiff submitted a Notice of Appeal on August 16, 2010. The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
     X    is not submitted

**(B)**   **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
     X    is not submitted
          is missing affidavit

1

   \_\_    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
   \_\_    is missing required financial information
   \_\_    is missing an original signature by the prisoner
   \_\_    is not on proper form (must use the court's current form)
   \_\_    other_____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado, this   23rd   day of   August  , 2010.

BY THE COURT:

  s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court